1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 2 2023
Clerk, U.S. District Court
Western District of Texas
By: mvm
Deputy

**USA** §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: **EP:23-M -03167(1) RFC**
§
**(1) IGNACIO GONZALEZ-GARCIA** §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 29, 2023** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: ***" The DEFENDANT, Ignacio GONZALEZ-Garcia, an alien to the United States and a citizen of Mexico was found approximately 5 miles east of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by "***

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ BENITEZ-MEDINA, JOSE
Signature of Complainant
Border Patrol Agent

October 2, 2023
File Date

at EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN**
**AT 01:55 P.M.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:23-M -03167(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) IGNACIO GONZALEZ-GARCIA**

*FACTS (CONTINUED)*

**the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on December 31, 2019, through Laredo, Tx. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed once, the last one being to MEXICO on December 31, 2019, through LAREDO, TX**

CRIMINAL HISTORY:

**NONE**